# Court of Appeals, State of Michigan

## ORDER

Michele Mayer v Steven Glen Gregerson

Docket No. 336850

LC No. 2005-710435-DO

Jane M. Beckering
Presiding Judge

Michael J. Kelly

Colleen A. O'Brien
Judges

The Court orders that the order dated June 27, 2018 that amends the June 26, 2018 opinion is VACATED.

The Court further orders that the June 26, 2018 opinion is AMENDED. The opinion contained the following clerical error: the case caption spelled petitioner-appellee's name as Trish Oleska Haas. The correct spelling is Trish Oleksa Haas.

In all other respects, the June 26, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 1 0 2018

Date

Chief Clerk